UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-173-RHW-2 |
| Plaintiff, | ) | |
| | ) | ORDER DENYING MOTION FOR DETENTION AND DENYING MOTION FOR REDUCTION OF BOND |
| v. | ) | |
| | ) | |
| LORENZO D. BROWN, a/k/a Sinbad, | ) | ☑ MOTION DENIED **(Ct. Rec. 105)** |
| | ) | |
| Defendant. | ) | ☑ MOTION DENIED **(Ct. Rec. 106)** |

Date of bail hearing: **January 23, 2009.**

☑ Defendant, personally and through counsel, requested addressing the issues at a later date through motion to modify.

☐ The court has conducted a bail hearing pursuant to 18 U.S.C. § 3142(f), and has considered the Pretrial Services Report and proffers of the parties. The court, based upon the factual findings and statement of reasons for detention hereafter set forth, and as stated in court, finds the following:

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

☐ Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that Defendant is a flight risk and a danger to the community based on the nature of the pending charge. Application of the presumption is appropriate in this case.

☐ Defendant has a history of:   ☐ Failures to appear

ORDER DENYING MOTION FOR DETENTION AND
DENYING MOTION FOR REDUCTION OF BOND - 1

| | | |
|---|---|---|
|1| ☐ | Failures to comply |
|2| ☐ | Defendant has few or no ties to the community. |
|3| ☐ | Defendant has a  ☐ significant  criminal history. |
|4| ☐ | Defendant has an outstanding warrant(s). |
|5| ☐ | Defendant does not have a suitable residence. |
|6| ☐ | Defendant appears to suffer from chemical dependency. |
|7| ☐ | The Grand Jury has found probable cause. |
|8| ☑ | Other: **The Central District of California Order is modified to the extent that there shall be no pretrial searches absent a warrant/probable cause.  (See Ct. Rec. 100, Release Order and Bond Form, C.D. Ca.)** |
|12| ☐ | The court finds the Defendant is not supervisable. |
|13| ☐ | By a preponderance of the evidence there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Defendant as required. |
|16| ☐ | By clear and convincing evidence there are no conditions or combination of conditions other than detention that will ensure the safety of the community. |
|19| ☐ | Defendant is currently on probation/supervision resulting from a prior offense. |
|21| ☐ | Bureau of Immigration and Customs Enforcement Detainer. |

**IT IS ORDERED:**

1.  Defendant shall be held in detention pending disposition of this case or until further order of the court.  If Defendant waived a bail hearing, or should circumstances change, Defendant may petition the court to reopen the detention issue by written motion to amend and request for hearing, served upon the United States

ORDER DENYING MOTION FOR DETENTION AND
DENYING MOTION FOR REDUCTION OF BOND - 2

Attorney.

2. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. If the Defendant seeks review of this Order pursuant to 18 U.S.C. § 3145(b), attorney for Defendant shall file a written motion for revocation or amendment of this Order within ten (10) days before the district judge to whom this case is assigned and note it for hearing at the earliest possible date. Both parties are responsible to ensure the motion is determined promptly.

DATED January 23, 2009.

_____
CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION FOR DETENTION AND
DENYING MOTION FOR REDUCTION OF BOND - 3