PROB 12C
(7/93)

Report Date: February 23, 2012

**United States District Court**

for the

**Eastern District of Washington**

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 24 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Lorenzo Dupree Brown     Case Number: 2:08CR00173-002

Last Known Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 09/30/2009

Original Offense: Conspiracy to Utter Counterfeit Securities of an Organization, 18 U.S.C. § 371

Original Sentence: Prison - 33 Months; TSR - 36 Months       Type of Supervision: Supervised Release

Asst. U.S. Attorney: Timothy J. Ohms     Date Supervision Commenced: 06/15/2011

Defense Attorney: Kimberly A. Deater       Date Supervision Expires: 06/14/2014

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On February 6, 2012, Mr. Brown reported to the U.S. Probation Office in Los Angeles, California, for a courtesy review of his request for consideration for transfer of supervision. While at the U.S. Probation Office, he was asked to submit a urine sample. His sample was found to be presumptive positive for the presence of marijuana and PCP. Mr. Brown admitted to marijuana use, and advised that he took responsibility for anything else that was found to be in his system. He did not recall consuming PCP, but admitted to having a few blackouts while in Los Angeles. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

Prob12C
Re: Brown, Lorenzo Dupree
February 22, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/22/2012

s/M.D. Elvin

M.D. Elvin
Deputy Chief U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/24/12
Date